# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| David Holmes, | Case No. 2:24-cv-01525-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| The State of Nevada, | |
| Defendant. | |

Plaintiff moves for thirty to sixty additional days to file an amended complaint. (ECF No. 6). Plaintiff explains that he is proceeding pro se, is in custody, and is attending doctor appointments. The Court finds that Plaintiff has shown good cause and grants his request. *See* Fed. R. Civ. P. 6(b); *see* LR IA 6-1(a). Plaintiff also asks the Court to send him a copy of his original complaint, which request the Court grants. Additionally, Plaintiff asks the Court to "toll this case." However, Plaintiff does not provide any authority for his request or a viable reason for it, so the Court denies this request.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 6) is **granted in part and denied in part.** It is granted regarding Plaintiff's request for additional time to file his amended complaint. Plaintiff shall have until **December 10, 2024** to do so. It is also granted regarding Plaintiff's request for the Court to send him a copy of the original complaint. Plaintiff's motion is denied in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of Plaintiff's original complaint filed at ECF No. 4. The Clerk of Court is also kindly directed to send Plaintiff a copy of this order.

DATED: October 11, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE